UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MELVIN ROJAS DUBON,

Petitioner,

v.

CHARLES WALL, et al.,

Respondents.

Case No.:  3:26-cv-0117-CAB-BLM

**ORDER DISMISSING CASE**

Petitioner Melvin Rojas Dubon filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  [Doc. No. 1 ("Petition").]  After Respondents acknowledged that Petitioner was detained under 8 U.S.C. § 1226(a) pursuant to the final judgment in *Maldonado Bautista v. Noem*, No. 5:25-CV-01873-SSS-BFM, this Court ordered a bond hearing under § 1226(a) and its associated regulations.  [Doc. No. 9.]  Petitioner subsequently received a bond hearing on January 29, 2026.  [Doc. No. 10.]

///

///

///

///

///

1

Petitioner has received the relief his Petition requested and so the Court **DISMISSES** the case. <u>The Clerk of the Court shall close the case.</u>

It is **SO ORDERED**.

Dated:  February 26, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge

2

3:26-cv-0117-CAB-BLM