UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN ROJAS DUBON, Petitioner, v. PAMELA BONDI, et al., Respondents. | Case No.: 3:26-cv-117-CAB-BLM **ORDER DENYING MOTION TO HOLD IN ABEYANCE** [Doc. No. 18] |

Respondents have filed an ex parte motion to hold the motion for attorney's fees under the Equal Access to Justice Act ("EAJA") in abeyance pending the Supreme Court's decision in *Montoya Palacios v. Liggins*, No. 25-1223. [Doc. No. 18.] Petitioner opposes. [Doc. No. 19.] For the following reasons, the Court **DENIES** the motion.

*Montoya Palacios* presents the question of whether a habeas petition is "any civil action" under the EAJA and therefore eligible for attorney's fees. Merits briefing is currently in progress, with the government's brief due on October 23, 2026. Respondents acknowledge that (1) there is a circuit split on this issue and (2) the Ninth Circuit has permitted EAJA fees following a successful habeas petition in *In re Hill*, 775 F.2d 1037 (9th Cir. 1985), though Respondents argue *Hill* should be confined to its facts. [Doc. No.

18 at 2 n.1.] *See also Nadarajah v. Holder*, 569 F.3d 906 (9th Cir. 2009) (awarding $156,778.68 to habeas petitioner's counsel under the EAJA).

Given the Ninth Circuit cases awarding attorney's fees under the EAJA and that a decision in *Montoya Palacios* may not be issued until the summer of 2027, the Court **DENIES** the request to hold the motion for attorney's fees in abeyance. [Doc. No. 18.] Respondents shall respond to the motion for attorney's fees by **August 10, 2026.** Petitioner shall reply by **August 17, 2026.**

It is **SO ORDERED**.

Dated: August 5, 2026

Hon. Cathy Ann Bencivengo
United States District Judge